UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY SOON, et al. | Case No.: 23-05189-KAW |
| Plaintiff(s), | **ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO EFFECUATE SERVICE PURSUANT TO FED.R.CIV.P. 4(m)** |
| vs. | |
| CAMILA RAMOS GARZON, et al. | |
| Defendant(s). | |

Considering the papers and arguments, and finding good cause the Plaintiffs' *ex-parte* Motion for Extension of Time to Effectuate Service Pursuant to Fed.R.Civ.P. 4(m) is **GRANTED**. To the extent Fed.R.Civ.P. 4(m) is applicable, the time for Plaintiffs to effectuate service is hereby extended to **April 29, 2025**. The Court will consider and advise by way of separate order whether the initial case management conference scheduled for May 27, 2025 will proceed.

DATED: 1/6/2025

KANDIS A. WESTMORE
United States Magistrate Judge