UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AMY SOON, et al.,

    Plaintiff(s),

v.

CAMILA GARZON, et al.,

    Defendant(s).

Case No. 4:23-cv-05189-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Benjamin Salvina, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: all Plaintiffs in the above-entitled action. My local co-counsel in this case is Alison Paige Buchanan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 215710.

**Karpf, Karpf & Cerutti, PC**
8 Interplex Drive, Ste 210
Feasterville-Trevose, PA 19053
MY ADDRESS OF RECORD

(215) 639-0801
MY TELEPHONE # OF RECORD

bsalvina@karpf-law.com
MY EMAIL ADDRESS OF RECORD

**Hoge, Fenton, Jones & Appel, Inc.**
60 South Market Street, Suite 1400
San Jose, CA 95113
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(408) 947-2415
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

alison.buchanan@hogefenton.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 311270.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 14, 2025                                   Benjamin Salvina
                                                         APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Benjamin Salvina  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 4/14/2025

_____
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY SOON, et al.<br><br>             Plaintiffs,<br><br>             v.<br><br>CAMILA GARZON, et al.<br><br>             Defendants. | NO. 23-05189<br><br>**CONTINUED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

     In addition to the Commonwealth of Pennsylvania, I, Benjamin Salvina, am an active member in good standing of the bars of the following state, territorial, and federal courts:

1. State of New Jersey (#016182011)
2. U.S. District Court for Eastern, Middle and Western Districts of Pennsylvania
3. U.S. District Court for the District of New Jersey
4. U.S. Court of Appeals for the Third Circuit

Dated: April 14, 2025

                                                        /s/ Benjamin Salvina
                                                             APPLICANT



## Supreme Court of Pennsylvania

Steven Rothermel, Esq.
Deputy Prothonotary
Darian Holland
Chief Clerk

Eastern District

468 City Hall
Philadelphia, PA 19107
(215) 560-6370
Fax:(215) 560-5972
www.pacourts.us

March 28, 2025

Benjamin David Salvina, Esq.
Karpf, Karpf & Cerutti P.C.
Eight Neshaminy Interplex
Suite 210
Trevose, PA 19053

RE:  **Certificate of Good Standing**

Dear Attorney Salvina:

Enclosed is your Certificate of Good Standing confirming that you are an active member in good standing of the Bar of the Supreme Court of Pennsylvania.

In addition, enclosed is your Receipt Number(s) 2025-SUP-E-000431 showing payment in the amount of $25.00.

Very truly yours,

Office of the Prothonotary

/ko
Enclosure



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Benjamin David Salvina, Esq.**

**DATE OF ADMISSION**

*October 19, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: March 28, 2025**

Steven Rothermel, Esq.
Deputy Prothonotary