ALISON P. BUCHANAN – BAR NO. 215710
alison.buchanan@hogefenton.com
AMANDA N. MCELRATH – BAR NO. 345206
manda.mcelrath@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
55 South Market Street, Suite 900
San Jose, California 95113-2324
Phone: 408.287.9501
Fax: 408.287.2583

Attorneys for Plaintiffs
AMY SOON, AIKSHEE LOH, and BLU3
FOUNDATION, LLC d/b/a BLU3 DAO,
A Delaware Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AMY SOON; AIKSHEE LOH; BLU3 FOUNDATION, LLC d/b/a BLU3 DAO, A Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>CAMILA RAMOS GARZON; WOMEN BUILD WEB3,<br><br>Defendants. | Case No. 4:23-cv-05189-HSG<br><br>JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS (PURSUANT TO L.R. 6-2); ORDER<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: May 15, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 2<br><br>Action Filed: October 11, 2023 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs AMY SOON, AIKSHEE LOH, and BLUE3 FOUNDATION, LLC d/b/a BLUE3 DAO ("Plaintiffs") and Defendants CAMILA RAMOS GARZON and WOMEN BUILD WEB3 ("Defendants"), (collectively, the "Parties") through their respective counsel of record, hereby jointly stipulate for an Order extending the Court's deadlines to oppose and reply in support of Defendants' Motion to Dismiss [ECF No. 35].

WHEREAS, Plaintiffs filed the Complaint on October 11, 2023. [ECF No. 1].

WHEREAS, on February 27, 2025, Plaintiffs filed an affidavit of service showing that service was effectuated on Defendants on February 27, 2025. [ECF No. 22]. Defendants' deadline to respond to the Complaint was March 20, 2025.

WHEREAS, the Parties stipulated on March 14, 2025, to an extension of Plaintiffs'

1 responsive pleading deadline to April 10, 2025.  [ECF No. 24].

2       WHEREAS, Defendants filed a motion to dismiss and motion to strike the Complaint on
3 April 10, 2025, and set a hearing date for May 15, 2025.  [ECF No. 35].

4       WHEREAS, the deadline for Plaintiffs' Response to Defendants' Motion is April 24, 2025,
5 and Defendants' Reply deadline is May 1, 2025.  [See ECF No. 35].

6       WHEREAS, the Initial Case Management Conference in this action is scheduled for May
7 27, 2025.

8       WHEREAS, Plaintiffs have previously requested several extensions related to the deadline
9 to effectuate service on Defendants, which the Court granted.  [See ECF Nos. 10, 11, 14, 15, 17,
10 19, 20, and 21].

11       WHEREAS, Plaintiffs require additional time to evaluate and respond to the various
12 complex issues and arguments raised in Defendants' Motion to Dismiss.

13       WHEREAS, counsel for the Parties conferred on April 14, 2025, and agreed to a two-week
14 extension for Plaintiffs' deadline to respond to Defendants' Motion (from April 24, 2025, to May
15 8, 2025), and agreed to an extension of Defendants' Reply deadline (from May 1, 2025, to May
16 22, 2025).

17       THEREFORE, in accordance with Civil L.R. 6-2 and Civil L.R. 7-12, the undersigned
18 Parties stipulate as follows:

19       1.    Plaintiffs' deadline to respond to Defendants' Motion to Dismiss is extended to
20 May 8, 2025;

21       2.    Defendants' deadline to reply in support of Defendants' Motion to Dismiss is
22 extended to May 22, 2025; and

23 //

24 //

25 //

26 //

27 //

28 //

3. The hearing on Defendants' Motion to Dismiss is continued to June 12, 2025, at 2:00 p.m., in Courtroom 2, subject to the Court's availability.

IT IS SO STIPULATED.

DATED: April 17, 2025          HOGE, FENTON, JONES & APPEL, INC.


By: /s/ Alison P. Buchanan
Alison P. Buchanan
Attorneys for Plaintiffs
AMY SOON, AIKSHEE LOH, and BLU3 FOUNDATION, LLC d/b/a BLU3 DAO,
A Delaware Limited Liability Company

DATED: April 17, 2025          HOLLAND & KNIGHT LLP


By: /s/ David I. Holtzman
Christine Walz
David I. Holtzman
Attorneys for Defendants
CAMILA RAMOS GARZON
AND WOMEN BUILD WEB3

**ORDER**

Pursuant to the stipulation of the parties:

1. Plaintiffs' deadline to file their Response to Defendants' Motion to Dismiss/Motion to Strike [ECF No. 35] is extended to May 8, 2025;

2. Defendants' deadline to file their Reply in Support of Defendants' Motion to Dismiss/Strike is extended to May 22, 2025; and

3. The hearing date on Defendants' Motion to Dismiss/Strike is continued to June 12, 2025, at 2:00 p.m., in Courtroom 2.

IT IS SO ORDERED.

DATE: 4/17/2025

_____
Hon. Haywood S. Gilliam, Jr.