| | |
|---|---|
| ALISON P. BUCHANAN – BAR NO. 215710<br>alison.buchanan@hogefenton.com<br>AMANDA N. MCELRATH – BAR NO. 345206<br>manda.mcelrath@hogefenton.com<br>HOGE, FENTON, JONES & APPEL, INC.<br>55 South Market Street, Suite 900<br>San Jose, California 95113-2324<br>Phone: 408.287.9501<br>Fax: 408.287.2583 | CHRISTINE WALZ (*pro hac vice*)<br>Christine.walz@hklaw.com<br>DAVID I. HOLTZMAN (SBN 299287)<br>David.holtzman@hklaw.com<br>HOLLAND & KNIGHT LLP<br>560 Mission Street, Suite 1900<br>San Francisco, CA 94105<br>Telephone: 415.743.6900<br>Fax: 415.743.6910 |
| BENJAMIN D. SALVINA ESQ. (*pro hac vice*)<br>bsalvina@karpf-law.com<br>KARPF, KARPF & CERUTTI P.C.<br>8 Interplex Drive, Suite 210<br>Feasterville-Trevose, PA 19053<br>Phone: 215.639.0801<br>Fax: 215.639.4970 | Attorneys for Defendants<br>CAMILA RAMOS GARZON<br>and WOMEN BUILD WEB3 |

Attorneys for Plaintiffs
AMY SOON, AIKSHEE LOH, and BLU3
FOUNDATION, LLC d/b/a BLU3 DAO,
A Delaware Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| AMY SOON; AIKSHEE LOH; BLU3 FOUNDATION, LLC d/b/a BLU3 DAO, A Delaware Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>CAMILA RAMOS GARZON; WOMEN BUILD WEB3,<br><br>Defendants. | Case No. 4:23-cv-05189-HSG<br><br>JOINT STIPULATION TO CONTINUE THE COURT'S SCHEDULED CASE MANAGEMENT CONFERENCE AND HEARING DATE ON DEFENDANTS' MOTION TO DISMISS (PURSUANT TO L.R. 6-2); ORDER<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Date: June 12, 2025<br>Time: 2:00 p.m.<br>Crtrm.: 2<br><br>Action Filed: October 11, 2023 |

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs AMY SOON, AIKSHEE LOH, and BLUE3 FOUNDATION, LLC d/b/a BLUE3 DAO ("Plaintiffs") and Defendants CAMILA RAMOS GARZON and WOMEN BUILD WEB3 ("Defendants"), (collectively, the "Parties") through their respective counsel of record, hereby jointly stipulate for an Order moving the Court's previously scheduled Case Management Conference on June 12, 2025, and the June 12,

1  2025 hearing on Defendants' Motion to Dismiss.  [ECF No. 35].

2  WHEREAS, Plaintiffs filed the Complaint on October 11, 2023.  [ECF No. 1].

3  WHEREAS, on February 27, 2025, Plaintiffs filed an affidavit of service showing that
4  service was effectuated on Defendants on February 27, 2025.  [ECF No. 22].  Defendants'
5  deadline to respond to the Complaint was March 20, 2025.

6  WHEREAS, the Parties stipulated on March 14, 2025, to an extension of Plaintiffs'
7  responsive pleading deadline to April 10, 2025.  [ECF No. 24].

8  WHEREAS, Defendants filed a motion to dismiss and motion to strike the Complaint on
9  April 10, 2025, and set a hearing date for May 15, 2025.  [ECF No. 35].

10  WHEREAS, on April 15, 2025, the Parties stipulated to an extension of the briefing
11  deadlines set by the court related to Defendants' Motion to Dismiss.  Relatedly, the Parties
12  stipulated to continuing the hearing date on Defendants' Motion to Dismiss from May 15, 2025 to
13  June 12, 2025.  [ECF No. 42].

14  WHEREAS, the Initial Case Management Conference in this action is scheduled for June
15  12, 2025, to be held at the same time as the hearing on Defendants' Motion to Dismiss.  [ECF No.
16  50].

17  WHEREAS, Plaintiffs have previously requested several extensions related to the deadline
18  to effectuate service on Defendants, which the Court granted.  [See ECF Nos. 10, 11, 14, 15, 17,
19  19, 20, 21, 40, and 42].

20  WHEREAS, Mr. Salvina has a personal conflict June 12, 2025 through June 13, 2025, that
21  will prevent him from attending both the Initial Case Management Conference and the hearing on
22  Defendants' Motion to Dismiss.  See Declaration of Benjamin D. Salvina ("Salvina Decl."), ¶ 11.

23  WHEREAS, counsel for the Parties conferred on and around May 22, 2025, and agreed to
24  stipulate to continue both the Initial Case Management Conference and the hearing on Defendants'
25  Motion to Dismiss from June 12, 2025, to July 17, 2025, to allow Plaintiffs' counsel with
26  decision-making authority to attend.  See Salvina Decl., ¶ 12.

27  WHEREAS, good cause exists to continue the Initial Case Management Conference and
28  the hearing on Defendants' Motion to Dismiss.  See Salvina Decl., ¶¶ 11-13.

1  THEREFORE, in accordance with Civil L.R. 6-2 and Civil L.R. 7-12, the undersigned Parties stipulate as follows:

  1. The Initial Case Management Conference is continued to July 17, 2025, at 2:00 p.m., in Courtroom 2; and

  2. The hearing on Defendants' Motion to Dismiss is continued to July 17, 2025, at 2:00 p.m., in Courtroom 2, subject to the Court's availability.

  IT IS SO STIPULATED.

DATED: May 23, 2025            KARPF, KARPF & CERUTTI, P.C.


                               By:   /s/ Benjamin D. Salvina
                                   Benjamin D. Salvina, Esq. (*pro hac vice*)
                                   Attorneys for Plaintiffs
                                   AMY SOON, AIKSHEE LOH, and BLU3
                                   FOUNDATION, LLC d/b/a BLU3 DAO,
                                   A Delaware Limited Liability Company

DATED: May 23, 2025            HOGE, FENTON, JONES & APPEL, INC.


                               By:   /s/ Manda N. McElrath
                                   Alison P. Buchanan
                                   Manda N. McElrath
                                   Attorneys for Plaintiffs
                                   AMY SOON, AIKSHEE LOH, and BLU3
                                   FOUNDATION, LLC d/b/a BLU3 DAO,
                                   A Delaware Limited Liability Company

DATED: May 23, 2025            HOLLAND & KNIGHT LLP


                               By:   /s/ Christine Walz
                                   Christine Walz
                                   David I. Holtzman
                                   Attorneys for Defendants
                                   CAMILA RAMOS GARZON
                                   AND WOMEN BUILD WEB3

**CIVIL LOCAL RULE 5-1(H)(3) ATTESTATION**

Pursuant to Local Rules 5-1(i)(3), I, Amanda N. McElrath, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

DATED: May 23, 2025

HOGE, FENTON, JONES & APPEL, INC.

By: /s/ Manda N. McElrath
Manda N. McElrath
Attorneys for Plaintiffs
AMY SOON, AIKSHEE LOH, and BLU3 FOUNDATION, LLC d/b/a BLU3 DAO,
A Delaware Limited Liability Company

# ORDER

Pursuant to the stipulation of the parties:

1. The Initial Case Management Conference is continued to July 17, 2025, at 2:00 p.m., in Courtroom 2; and

2. The hearing date on Defendants' Motion to Dismiss/Strike is continued to July 17 2025, at 2:00 p.m., in Courtroom 2.

IT IS SO ORDERED.

DATE: 5/23/2025

_____
Hon. Haywood S. Gilliam, Jr.