AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Northern_____ District of _____California_____

AMY SOON, ET ALIA,

                Plaintiff (s),

V.

CAMILA RAMOS GARZON, et alia

                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:23-cv-05189-HSG

Notice is hereby given that, subject to approval by the court, __Plaintiffs__ substitutes
                                      (Party (s) Name)

__ANDREW K. JACOBSON__, State Bar No. __148583__ as counsel of record in
(Name of New Attorney)

place of __Alison P. Buchanan; Amanda N. McElrath; Hoge, Fenton, Jones & Appel, Inc.__ .
                    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          BAY OAK LAW
    Address:             1939 Harrison St. Suite 929, Oakland, CA 94612
    Telephone:         (510) 288-5500         Facsimile
    E-Mail (Optional):   andy@bayoaklaw.com

I consent to the above substitution.

Date:    1/5/2026      1/7/2026

                                        (Signature of Party (s))

I consent to being substituted.

Date:    12/18/2025

                                (Signature of Former Attorney (s))

I consent to the above substitution.

Date:    12/18/2025

                                (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:    JAN - 8 2026                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]