# Exhibit B

# Blu3 DAO Funding Proposal - ETHDenver 2022

**littlemoneyboss** 1  February 19, 2022, 2:27am



**Blu3 DAO Background**

Today, while crypto and web3 space have garnered a lot of attention and interest from women, the barriers to entry remain extremely high. Amongst some of the serious challenges include:

1. **Complexity of web3** – web3 is a new world - with a completely "new language," "new technology," and "new internet resources" that is not generally utilized by the public. It is overwhelming for any newcomer (not just women).

2. **Lack of security or increased scams** – Women tend to be socially conditioned to be more risk-averse. Combined with the lack of understanding as well as increased risks / scammers, this causes women to avoid this space completely.

3. **Male-dominated industry** – Finally, the overwhelmingly high number of men vs women ratio can make it hard for women, especially young women, to find communities and mentors where they feel valued and included. Not to mention, harassment or unwanted advances have been experienced by many women attempting to learn about web3 in IRL events makes it even harder for them to feel empowered in the space. With most opportunities in this space coming from your network, women tend to miss out on a lot of these opportunities because statistically men are more likely to nominate and bring on other men into their projects.

**Blu3** was inspired and founded from Harmony's Blue to Fly campaign - the number 3 looks like a butterfly and is a key reminder to our female members that security should always be top of mind given the rampant scams in the crypto space. The butterfly is our symbol as it represents transformation and personal metamorphosis - shedding older identities and external expectations of society, oftentimes painful but necessary for personal growth so that we can build our strength to fly. 🦋

Blue is the color of empathy. In life, the thing that connects us most is our pain. With empathy, we'll be able to be more understanding of each other's situation and create more love and support for each other. Only then, we can build a better world together. ❤️

**Proposal overview**

Blu3 DAO's mission is to empower women to achieve financial freedom through learning, exploring and building their careers and visions in the Web3 space. Our goal is to grow and diversify the crypto ecosystem by focusing on an end-to-end solution that is fair and frictionless. This includes **onboarding, education and direct deployment of women talents into Web3** - as users and leaders. We are an ALL-inclusive female-focused DAO, and open our arms to women, trans, non-binary, and allies.

We strive for Blu3 DAO to be "**the DAO of DAOs for women**". Our hope is for Blu3 DAO to act as the central hub for all new web3 women newcomers – and prepare a strong on-boarding, mentoring and education process. Once women are trained, educated or have their interest area(s) identified, they can proceed to one of the Blu3 core DAOs for niche and specialty areas.

*\*Note that Blu3 core DAOs mandate, deliverables and funding are separate from and not included in this proposal. But it is important to illustrate the relationship and the objectives of each DAO. Additional core DAOs may be created, if needed.*



Our 3 mandates are:

1. **LEARN**: Increase education and awareness of the web3 and crypto world
2. **EARN**: Expand the female crypto labor market and investors
3. **PLAY**: Create a fun and safe space for females to play and connect

What makes Blu3 DAO special is our values, culture and strong commitment to the success of other women. We are like sisters. Like a healthy family, we seek to uplift, empower, teach and cultivate an environment to help others flourish. With web3 being such a vast ecosystem, it is important to have a diverse community that not only helps onboard more women into the space, but serves as an educational hub, where women can mentor and be mentored in whatever areas interest them or suit their relative skills.

**The Plan / Implementation**

To create a program of this magnitude, Blu3 DAO has initiated a core team of active Blu3 members. A

formal announcement of the team of women who strongly share our values and mission and are committed to the success of this DAO will be announced soon. This team includes entrepreneurs, operations, media & marketing, community management and tech. The core team of 6-12 women will create the program and direct the activities and workstreams, with positions being paid $30 - $60/hour.

The measures in detail are:

## 1. +1,000 KEY WOMEN SCHOLARS PROGRAM

Our goal is to onboard 1,000 women scholars to web3 through our scholars program.

Women have been traditionally left behind in the "old world." Despite their immense knowledge, talent and contribution, there is a disparity with women being fairly compensated or given equitable opportunities to succeed. We strongly believe that our scholars program can, and will serve as the life-altering accelerator for women to learn and thrive in web3.

Scholars programs, when correctly managed, are an invaluable way to immerse newcomers to web3. This may sound like a lofty goal, but we believe that this milestone is important as it serves as the "seed" to mass adoption. We plan to achieve this milestone though:

- Sponsoring 500 key scholars at Harmony ONE/ETH events (worldwide)
- Providing monthly live learning events
- Host learning sessions at key Web 3 conferences
- Monthly AMA for web3 curious
- Launch an educational course to onboard crypto babies into web3

**Key Women Scholars**: In the 1,000 women scholars program, we plan to identify and sponsor up to 50 women leader scholars at every Harmony ONE/ETH event (8 planned currently for 2022 + additional 2023 events) for a total of ~500 scholars. Each key scholar is responsible for supporting and engaging with Blu3 DAO activities. This exercise is extremely effective because it allows newcomers to "learn by doing" and to get immersed into the Web3 world through a multi-day IRL event. These special key scholars will get direct access to the Blu3 DAO core team, where they can learn from their fellow butterflies.

The scholarship program will have a vigorous interview process. Candidates are to be vetted in such a way that each scholar is expected to contribute to the DAO, as part of the scholarship mandate during these events. Scholars will be paid ½ during the approval process and the remaining ½ will be disbursed at the end of the event. This process incentivizes scholars to be proactive and engaging, while building a close-knit group of scholars and forming life-long friendships. This indirectly builds on the community for Blu3 DAO.

## 2. CREATING A HARMONIOUS BLU3 DAO FAMILY

The BLU3 DAO family consists of 7 DAOs. Each DAO serves a specific mandate and is of equal importance. These DAOs are expected to remain fairly autonomous to achieve the goal and the mandate

of the respective DAO. While they are mutually exclusive to each other, collectively, the DAOs will serve the overall purpose of empowering women into web3 to create wealth in harmony.

The 7 core DAOs are:

**(1) Onboarding DAO** – Responsible for seamless on-boarding and training of new women into Web3. The on-boarding and training program is extremely important to break the "knowledge" and "mindset barrier" into web3. We will develop a quality, seamless program that is repeatable and sustainable to enable mass adoption of women newcomers into the space. This will be a combination of central data repositories that are easily accessible, training of common tools used in web3 (such as Twitter, Discord, Medium), safety and security hygiene.

A Welcome Packet for all Blu3 DAO members:

- A Central Repository of Useful Web 3 Resources
- The ABCs of Web 3 – a list of web 3 jargons that are deciphered to common Layman terms.
- Code of Conduct or Blu3 DAO Manifesto
- List of Influencers to follow

10-Online Video Series *(topics subject to change)*

1. Create a New World – (An Intro to Web 3)
2. Mindset Shift
3. The Blockchain 101
4. Safety and Security
5. Wallets and Timeless
6. How to Buy, Exchange or Convert to ONEs
7. Blu3 DAO – How to Navigate
8. Understand Crypto's Big Brothers – Bitcoin, Ethereum and Harmony One
9. Tips and Tools (How to use Discord, Telegram, and other resources)
10. The 4 verticals – NFTs, DeFi, Gaming/ Metaverse and DAO/ social tokens and Sample Projects

**(2) Scholarship DAO** - Manage and run travel scholarship program to sponsor up to 50 women leader scholars at every Harmony ONE/ETH event (8 planned currently for 2022) for a total of ~500 scholars. Responsible for marketing and approving scholars, communicating and engaging scholars in the conferences held globally. Events may include wellness and speaker series, flash mob and dance performances, and various social activities.

**(3) Incubator DAO** - Manage and run incubation of women-led projects from founding structure, talent recruitment, business model, funding needs, and SME networks.

**(4) DAO & Social Token DAO** - Responsible for creating materials and resources for women leaders to start their own DAO easily as well for influencers and leaders to launch their social tokens to monetize and foster value-add activities in their respective communities.

1. DAO 101 and Playbook
2. Social Tokens Playbook and Infrastructure
3. Blu3 DAO Alliance and partnerships

**(5) NFT DAO** – Responsible for helping to deploy artists into the web3 space.

1. NFT 101
2. NFT Playbook (support artist development)
3. Collective Artist Network – a database of artists in the network for partnership and job opportunities.
4. Learning about fractionalized NFT ownership opportunities

**(6) De-Fi DAO** – Responsible for educating members on how to use De-Fi to earn sustainable income in Web 3.

1. Defi 101 (educate new users into de-fi space)
2. How to Get Started (Lending, Staking, Farming, etc.)
3. Partnerships with various Blu3 DAO alliances

**(7) Game-Fi/Metaverse DAO** – Responsible for educating members on the various ways to Play to Earn, therefore increasing the income or investment opportunity for women.

1. Game-Fi 101
2. How to Get Started
3. Partnerships with various Blu3 DAO alliances

It is important to note that the common denominator between the DAOs are in its values and culture. Lessons learned will be shared across DAOs so that we can learn and grow faster as a team and a family. Web3 is all about collaboration and innovation and having an ecosystem of diverse, but connected DAOs, helps foster that.

### 3. IRL EVENTS @ Harmony

We will host a series of Blu3 DAO events at these ONE/ETH IRL, where we expect to meet many other women web 3 enthusiasts and leaders. Our IRL events will include:

- Meditation/ Wellness Events
- Women Leader Speakers and Workshops, including:
  ○ How to Build a DAO
  ○ How to Launch Social Tokens
- Fun or community building Blu3 TGIs

Key scholars are expected to contribute to these IRL events.

### 4. BIG SISTER / LITTLE SISTER Mentorship

It is easy to feel overwhelmed in web3. Support is extremely important to retain women in the web3 space. Hence, one of our key programs will be the "Big Sister/ Little Sister" mentorship program. This name is inspired by the Blu3 DAO co-founders – who are 2 sisters and are passionate about the mission and are supportive of each other's dreams. In Blu3 DAO, we believe that we thrive with the support of our sisters and our communities.

New Blu3 DAO members (Lil Sis) are matched with existing experienced Blu3 DAO members (Big Sis). In this program, Lil Sis will have selected access to Big Sis when she needs support or to bounce ideas off them (either a group chat or weekly call). This warm mentorship program will serve as a key support system. Mentors will be paired based on their shared Web3 area of interest and skill set.

Due to the projected number of Lil Sis to Big Sis, it is likely that there will be a many to one ratio.

## 5. Blu3 DAO OFFICIAL WEBSITE

While it is good to have information on medium or Notion, it is insufficient to scale as newcomers find it difficult or challenging to navigate the different web3 resources.

To expand and to meet our goals, we will develop a fully functioning web3 compatible website with easy to use UX. This will be a one-stop shop for all women who are interested to learn about Blu3 DAO and how to get involved, including Blu3 DAO members.

This website will serve as the central repository of information, free resources, gated resources, and general information about Blu3 DAO, including our mission and ways to get involved.

## 6. MARKETING and SOCIAL MEDIA MANAGEMENT

To reach our audience, Blu3 DAO will embark on a comprehensive program of global outreach which will include networking, conferences and community events. We will also be collaborating with other high-profile DAO's to avoid duplication and promote collaboration. We will seek to work with other similar DAOs like the Ambassador DAO.

In addition, we will be building our social media coverage in the following platforms:

- Twitter
- Instagram
- Discord
- Telegram
- Youtube
- TikTok

We also plan on launching a Blu3 DAO podcast that talks about crypto and web3. This will enable a broader audience reach in easy to consume content that will help onboard 100s of new women into the space this year.

## MILESTONES

### Q1 2022

- **Book:** Soft launch of our first book "Create Wealth in Harmony"

  - Completed first version of book for community feedback
  - Printed and distributed 1,000 copies of book at ETHDenver
  - Author Amy Soon spoke at Harmony's Women in Crypto Feb 14 event
  - Hosted several book-signing meetups with author
  - Translated introductory chapters to Spanish

- **Travel Scholar Program**: Sponsored 50 women scholars and hosted 5-day Blue to Fly events in ETHDenver and sponsored 40 women/LATAM scholars to ETHRio

  - Funded 50 key scholars to ETH Denver (with Harmony)
  - Hosted Blue to Fly Women's events - 5 days of events with wellness, breakfast roundtables and women leader speakers
  - Organized a flash mob dance performance at Harmony's main party with Deadmau5 in Temple
  - Hosted personal AMAs with Harmony founder and supported all Harmony's events in various capacities
  - Blue to Fly Host in Q2 2022 ETH/ONE conferences: ETHDenver (Feb 10-24) and ETHRio (Mar 11-20)

- **DAO**: Built MVP structure for Blu3 DAO

  - Setup single-sig ENS and multi-sig wallet with 4 interim governors
  - Created interim landing pages and linktree for DAO introduction, NFT collection, social token benefits, and book pre-sales
  - Launched Discord channel with various chats and gating capabilities
  - Co-founder Amy Soon spoke at Blue to Fly speaker series, H.E.R. DAO hacker house, and Harmony's Amplify Africa event

- **NFT:** Launch first NFT Butterfly collection for DAO's mission

  - Designed and identified NFT platform for first collection
  - Minted 1,250 butterflies in three rarity and benefit tiers
  - Launched on-chain sales with promotions online and IRL events

- **Social Tokens:** Launch of our first generation of governance and utility token

  - Minted 10M $Blu3og social tokens
  - Airdropped first batch of tokens to 50 key scholars and Blue to Fly committee members
  - Drafted preliminary structure for earning social tokens and corresponding benefits

- **Interview Series:** Produce interview series with industry leaders and scholars' ETHDenver experience

  - Launched Create Wealth in Harmony interview series with – Princess Sarah Culberson of Sierra Leone, Ann Willmott (Meta Gamma Delta), Hakwan (Author of Decentralized Basic Income whitepaper)
  - Launch docu-series and interviews with Blue to Fly scholars for ETHDenver experience

- **Growth & Marketing:** Created social media presence and community platforms

  - IG: 150 followers
  - Twitter: 180 followers
  - Discord: 200 members
  - Telegram: 90 members

## Q2 2022

- **DAO:** Establish Blu3 DAO structure with four core DAOs - Onboarding, Scholarship, Incubator and DAO & Social Tokens

  - Recruit core team members and design Blu3 DAO ecosystem structure
  - Establish legal, treasury, and back-office function support
  - Identify core DAO leads and design business model with clear metrics
  - Core DAO leads to submit proposal with project plan for funding approval from Harmony

- **Travel Scholar Program**: Establish travel scholar program for 8 cities (with Harmony)

  - Develop approval process to sponsor up to 50 scholars to ETH and ONE events globally
  - Develop repeatable end-to-end process from marketing, scholar management and communication as well as on-site logistics and engagement activities
  - Blue to Fly Host in Q2 2022 ETH/ONE conferences: ETHCC Paris (Apr), ETHAmsterdam (Apr 22-24), Singapore (May 4-5)

- **Book**: Revise book "Create Wealth in Harmony" based on community feedback

  - Identified publisher and create pre-sales funnel
  - Collaborate with PR and key influencers for book campaign

- **Technology:** Identify technology strategy and vendors

  - Design and launch phase 1A website to streamline DAO information, NFT and book sales, scholarships, and DAO/social token/incubation process

- **Social Tokens:** Finalize tokenomics and pegging to $ONE monetary value

  - Replace 10M $Blu3og social tokens with refined tokenomics

  ○ Design social token earning, redemption, gating, and slashing features

- **Podcast:** Launch Podcast series

  ○ Identify industry leaders and SME for interview schedules

- **Education:** Kickoff monthly AMA and online course creation

  ○ Kickoff monthly AMAs with industry leaders
  ○ Identify content creators for onboarding videos and course roadmap

## Q3 2022

- **Travel Scholar Program**: Refine travel scholar program for remainder cities (with Harmony)

  ○ Blue to Fly Host in Q2 2022 ETH/ONE conferences: ETH Barcelona (Jul 4-10), ETH Mexico City (Aug 19-21), ETH Kenya (August?)

- **Book:** Publish and official launch of our first book "Create Wealth in Harmony"

  ○ Publish and distributed in mainstream bookstores
  ○ Launch Kindle ebook and Audible audiobook

- **DAO:** Launch four core DAOs and produce deliverables - Onboarding, Scholarship, Incubator and DAO & Social Tokens

  ○ Identified core team and begin producing deliverables
  ○ Execute MVP business model for DAO revenue generation

- **Sisterhood Mentorship Program**: Launch big sister little sister program

- **Technology:** Automate social token governance, earn and redemption capabilities

  ○ Launch phase 1B website with web3 and gating capabilities

- **Social Tokens:** Automate social token circulation

  ○ Automate social token earning, redemption, gating, and slashing capabilities via web3-compatible website with wallet functionality

- **Documentary:** Kickoff "Coming of Age" latin dancing video campaign

## Q4 2022

- **Travel Scholar Program**: Refine travel scholar program for remainder cities (with Harmony)

  ○ Blue to Fly Host in Q2 2022 ETH/ONE conferences: ETH Taipei (Dec 2-4)

- **Book**: Promotion of "Create Wealth in Harmony" and publish in other languages

  ○ Collaborate with PR and key influencers for book campaign tour

- **Tech**: Blu3 Website Fully Functioning and Live

- **NFT**: Launch DAO Alliance NFT collection

  ○ Design and identify NFT platform for long-term gating abilities
  ○ Mint 1,000 NFT for each DAO launched by Blu3

- **DAO**: Expand Blu3 DAO structure with three remainder core DAOs - NFT, De-Fi, Game-Fi & Metaverse

  ○ Build communities and host live events

## 2023

- **DAO:** Expand Blu3 DAO structure with three remainder core DAOs - NFT, De-Fi, Game-Fi & Metaverse
  ○ Identify core DAO leads and design business model with clear metrics
  ○ Core DAO leads to submit proposal with project plan for funding approval from Harmony
- To be developed

## METRICS for SUCCESS

- Onboard 1,000 women scholars into web3 (Blu3 DAO members)
- Fund 500 women leader travel scholars to series of worldwide ONE/ETH events
- Launch 1,000 social tokens
- Launch 1,000 women-led DAOs
- 5,000 website visits
- 1,000 Discord members

## GOVERNORS (for inception)

1. Amy Soon (Founder) - MoneyBoss and Blu3 DAO, Fellow of Society of Actuaries, Create Wealth in Harmony Author & Speaker, Former People & Organization M&A Consultant, Travel and Adrenaline Junkie

2. Novell Loh (Cofounder) - MoneyBoss and Blu3 DAO, Professional Latin Dancer, and Former Strategy & Ops Consultant and Private Equity

3. Cynthia Huang (DAO and Social Token) - Head of Growth at Dtravel and co-founder of Altcoin Fantasy and Airhosts Forum. Experienced in growth, product, and marketing. Published in publications like HackerNoon, The Startup and CoinMarketCap. Featured in interviews on Thrive Global and Authority Mag. Speaker on web3 topics.

4. Cindi Vana (Treasury) - Non-Profit, Accounting Professional. Dancer, Doodler, Design and Travel Enthusiast.

5. Lana Dingwall (Marketing) - Serial Entrepreneur - Business Coach, Co-founder of Astrid Park, Real Estate Investor, Podcast Host, Speaker, Poet and Meditation Teacher

6. Kate Goheen (Marketing) - Qualifying Psychotherapist, MSc in Neuroscience with a focus on Mindfulness-Based Substance Use Reduction

7. Shankar Mata (Tech) - Software Engineer, Student(PhD)

8. Brian Felsen (Harmony) - Brian Felsen has spent his career helping artists distribute, promote, and monetize their work. From 2014-2015, Felsen was President of AdRev, the leading YouTube music administration service and Content ID Network Partner. He was also President of CD Baby from 2008-14, the world's largest online distributor of independent music. He also founded BookBaby, which digitally distributes the works of authors and publishers to hundreds of digital retailers and libraries. Other previous activities include leading a web2 performance marketing agency, helping beauty and fashion brands, and founding and running one of the largest indie music conferences in the world.

9. Claire Barthelemy (Harmony) - Senior university student, contributor for harmony protocol

17 Likes

**Blu3 DAO Proposal**

**proposed restructuring of Dao's**

**EthereumRIO Scholar Program**

**Harmony Villains**

**A Discussion on DAOs Performance, Funding, and a way forward**

**PivotDAO - The Second Chance DAO**

**lij** 2  February 19, 2022, 4:14pm

- Create 1000 women-led DAOs

We ask the Blu3 DAO to identify the remaining governors and update the post.

This proposal has been approved by the Harmony team.

5 Likes

---

**Coach** 3  February 20, 2022, 4:27am

Great job and a great project! Good luck!

2 Likes

---

**HankTheCrank** 4  February 20, 2022, 9:34pm

I cant wait to see what the future holds for this proposal!

1 Like

---

**frwrdslosh** 5  February 25, 2022, 6:29pm

Hey,  @littlemoneyboss  🙂

Please tag me when you've identified the remaining governors! Thank you! 🎊

2 Likes

---

**Dimz** 6  February 28, 2022, 11:26pm

Exciting stuff, looking forward to follow this DAO. 💙

2 Likes

---

**sunny4earth** 7  March 1, 2022, 7:17am

Amazing proposal. Blu3 DAO's presence brought such incredible energy to ETH Denver! I'm grateful to now know you and proud to now be a part of this community! 🎊 I'm really excited about the Onboarding DAO… I've onboarded dozens of womxn friends into crypto and it's so empowering. We

have to do this at scale, and I love Blu3 DAO's intention to do this and soooo much more 😍

3 Likes

---

**Alex_One_Wallace** 8  March 1, 2022, 1:19pm

I think this project is wonderful, since I heard about it, I fell in love with it. My maximum support. #BluetoFly 🦋

4 Likes

---

**littlemoneyboss** 9  March 8, 2022, 9:51pm

All 9 governors for inception have been identified. We will decide when our next election is during ETHRio!

5 Likes

---

**lij** 10  March 12, 2022, 1:26am

we've funded the first half of the 50 rio scholars for $25k worth: **Harmony Blockchain Explorer**

will fund another $25k to complete the scholarship in the coming days.

4 Likes

---

**babybeluga** 11  March 12, 2022, 6:03pm

Love this so much <3

3 Likes

---

**Jacob** 12  March 15, 2022, 12:48pm

What a great proposal, We the Harmony NFT DAO would love to work with you! I know Josh has been in talks already! Love seeing the space evolve 💙

3 Likes

---

**LeoBee** 13  March 16, 2022, 3:07am

Outstanding proposal. The impact Blu3 DAO will have for women in web3.0 is nothing short of a game changer. I'm especially excited about the Incubator DAO and the DAO & Social Tokens DAO because of the tools and support growing DAOs need.

I am beyond inspired by the level of commitment, vision, and ability to deliver by this growing team of absolute powerhouses. As Blu3 DAO grows, it exponentially advances everyone touched by its community. My life has been changed by my experience at ETH Denver and that is due to Blu3 DAO. 🦋💙

3 Likes

---

**zmckenzi** 14  March 17, 2022, 3:13pm

What an amazing proposal. You are such an inspiration and Blu3 DAO will impact women for many generations to come. I'm excited about the Onboarding DAO and Scholarship DAO because of the ability to scale womxn into this space. Looking forward to following this DAO. 💙 🦋

3 Likes

---

**violetsummerzine** 15  March 17, 2022, 7:42pm

I'd love to cover Blu3 DAOs activity in DAO Magazine! Support my proposal here: **Social-Token Powered DAO Magazine by Violet Summer DAO**

2 Likes

---

**MarceloSilva** 16  March 25, 2022, 8:44pm

It was wonderful to meet so many incredible people. Seems like I lived ten years of friendship in ten days.
Thank you Blu3DAo and Harmony.

3 Likes

---

**alinesilva** 17  March 25, 2022, 10:46pm

Everthing in my life have being hard, never receveid scholarship to contribute with my knoledge and learn much more in the other hand. In this type of situation people usually avoid us in the beginning just because we aren't the ones that know the most or have most influence, this time it was different.
At the ETH Rio during all the activities with Blu3 DAO I felt welcomed and it really is the kind of project that I want to envoled.

Thank You 🙂

4 Likes

---

**laohluma** 18  March 27, 2022, 12:07am

Inspirational proposal to all of us that want to build a DAO with a meaningful mandates and coherent structure 🚀 ⚡ 💡.
BLU3 Dao community does an amazing job onboarding and supporting members with information, bonds, contacts, meaningful conversations and putting together valuable human beings 🌟.
I lived this experience as BLU3 dao & Harmony scholar in ETHRio. It was my first crypto event and I can't figure out a better way to have lived it 🌱.

4 Likes

---

**brandonjcope** 19  March 27, 2022, 5:10am

We totally need more women in this space. Decentralization is feminine by nature! 🙆 We can't wait to work with you on #sdg5 - gender equality - with our project #island17 !

4 Likes

**unatalmars** 20  March 27, 2022, 4:01pm

Great experience having a scholarship togo to Eth Rio, for me it was my first time at Brazil and what couldn't happen in a full time job (me going to BR) materialized very quickly with blu3 dao. This opens my eyes to new possibilities for me and for many women out there and the power we now have to empower others and help change their lives like blu3 dao did with mine! 🔵

2 Likes

---

**littlemoneyboss** 21  March 29, 2022, 2:08am

The governors have collectively voted and selected Jun 30, 2022 as our next election date for 2nd rotation.  @lij  pls let us know what you'll need to release the first tranche of Blu3 DAO funding. 🤓

3 Likes

---

**MarceloSilva** 22  March 29, 2022, 2:39am

Blu3 DAO didn't only change a lot of lifes at ETH Rio, it changes the whole event bringing diversity and a lot of gifted people who came up with amazing solutions for the hackathon.

Thanks Blu3DAO.

5 Likes

---

**Novee** 23  March 30, 2022, 5:29pm

10 years of friendship in ten days!!! SO TRUE!

1 Like

---

**Novee** 24  March 30, 2022, 6:31pm

Just wow! Thank you for sharing your struggles and how we were able to make a positive impact on you

and most importantly - thank you for the amazing friendship and paying for our team dinner when we couldnt buy food for Hackathon!!!

2 Likes

---

**kategoheen** 25  March 31, 2022, 5:44pm

Meeting Amy and Novell (and Al) at ETHDenver was truly life-changing. Their mission, hard work, and dedication to Blu3 DAO immediately inspired me to build with them. Can't wait to make a splash with you and see all of the wonderful ripple effects.

2 Likes

---

**lij** 26  April 1, 2022, 12:52am

2nd (2 out of 2) portion of rio scholars funded:
**0xa9720bc3c370128f25ac501bff864c1bc97e63867397e2d26f9cd4dd5107bc1d**

1 Like

---

**Novee** 27  April 1, 2022, 2:41am

Kate and Lana - one of our most trusted, committed and valuable contributors and members! Thank you for your support and unwavering dedication to Blu3 DAO - expanding our community. Scholars love you both at ETH RIO !!

3 Likes

---

**littlemoneyboss** 28  April 6, 2022, 2:55am

Hi  @frwrdslosh  – FYI we met the mighty 6 requirements before we got to ETHRio so please let us know what is still missing to release our first funding of $75k tranche. Thank you! 🙂

2 Likes

---

**Novee** 29  April 10, 2022, 2:59pm

We would love to work with you and have Blu3 on your magazine!

1 Like

---

**violetsummerzine** 30  April 11, 2022, 2:34pm

Absolutely! I will add you to our weekly calls or we can sync in Amsterdam. We are looking to document DAOs that are actively transacting in DEFI!

1 Like

---

**littlemoneyboss** 31  April 14, 2022, 3:25am

We are in talks of releasing a butterfly girl NFT! let's connect! 🥰 👧

2 Likes

---

**lij** 32  April 15, 2022, 7:23pm

funded $45K in ONEs: **0x510ee3f567a23de312484866182e5e118df28b64f723a67f90d149a5b59d8935**

2 Likes

---

**Novee** 33  April 18, 2022, 9:23am

On behalf of all of Blu3 DAO - thank you  @lij  and Harmony!

3 Likes

---

**samgarcia** 34  April 18, 2022, 11:06am

So grateful to have been chosen to go to ETHAmsterdam with BLU3 DAO! What an amazing group of people and so excited to hack with them!

3 Likes

---

**Novee** 35   April 30, 2022, 5:47pm

Follow up on our progress for Blu3 DAO. I wanted to send a summary of our **ETH Amsterdam/ Dev connect trip.** Congrats to all of the amazing hacker teams and projects that came out of our trip. It was a major success and everyone worked hard to **Learn. Earn. Play!** 🦋 Thank you Harmony  @lij  for your support and sponsorship!

Key Stats:

- 700 hackers, Blu3 brought 10 women hackers
- 3 teams out of a total of 165 teams
- Won the hackathon (top 13 are all winners) and the ONLY all women team to win
- Won a total of 11 prizes and bounties! (>$30K in total)
- Small but mighty!!! 💙🦋

DAOraLabs
ETHAmsterdam Finalist and Winners (Top 13 out of 165 teams)
IPFS/FileCoin - 1st Place
Dune Analytics - 1st prize
Wallet Connect - 3rd Place

The DAOVerse 1
@Coinbase - 1st Place
@0xPolygon - 2nd Place
@tatum_io 1 - Huge Potential
@web3auth - UI/UX Design
IPFS/FileCoin - Pool Prize

ZK MAIA (Collab with between Blu3 DAO x HER DAO)
xApp Vision Prize from @ConnextNetwork
3rd place from @AaveAave
Pool Prize from @SkaleNetwork
Pool Prize from @optimismPBC

5 Likes

**kategoheen** 36  April 30, 2022, 7:38pm

So proud of our team!

1 Like

**lij** 37  June 7, 2022, 5:56am

funded $30k to complete the initial $75k tranche: **Ethereum Transaction Hash (Txhash) Details | Etherscan**

2 Likes

**Blu3 DAO Hacker House Proposal**

**John_Build0x** 38  June 7, 2022, 2:30pm

This DAO received 1M and they continue to receive scholarships? Are you serious?

1 Like

**kategoheen** 39  June 8, 2022, 2:12pm

**Thank you for the funding Li, confirming that it has been received.**

**We wanted to provide a recap of the highlights of what we have accomplished during our first three months**

As Li mentioned, we have received the first tranche of our funding (75k) and have made the decision to not pay our signatories, team-leads, contributors, etc until we have created multiple revenue streams for the DAO. For the first 40k of funding our intention has been to stake our ONEs, when the multi-sig permits we will do so, and the remaining 30k are in stable coins (Harmony MultiSig: **0xC5768ee2630d7FCDAC7c2d4B19a3a3621f6F8E6E, Gnosis:** 0x71b9B24BA832b5656d1f0eC774521748109682A6)

We have partnered with Harmony to run the scholarship programs, which are funded separately on a per conference basis.

Details on our scholarship programs can be found in our recaps here: **https://www.notion.so/blu3tofly/Blu3-DAO-Overview-Deliverables-95e78e4727174b399915ca42ef9cd608**

It is worth noting that we have sent 10 hack teams between 3 conferences and all 9 hack teams **WON MULTIPLE** prizes and bounties.

Our bigger focus though has been on building out the DAO infrastructure while we quickly scale and decentralize. In our first three months we have:

- Launched a basic NFT collection on Harmony through NFTKey

- Launched our basic Blu3 social tokens on Harmony

- Hosted a Social Token 101 Workshop (**Blu3 DAO Social Token 101 & Minting Workshop - YouTube**) and a De-Fi liquidity pooling workshop in conjunction with Black Leaders DAO

- Transitioned scholars into Web3 jobs (ie. Ann marketing for Defi Kingdom, Steph as Dev Rel, JayCee as Community Manager, etc.)

- Recruited a team of 35+ core contributors for our 15+ working streams including on-boarding, scholarship, hacks, DAO, social token, partnerships, PMO, legal/governance, tokenomics, treasury, marketing, & regional LATAM, Europe and Asia (**Notion – The all-in-one workspace for your notes, tasks, wikis, and databases.**)

- Created an on-boarding form and detailed contributors guide which serves as live document pointing to which roles are available, and differentiatiating between our tiers (community member, contributor, advisor and ambassador) (**https://www.notion.so/blu3tofly/Blu3-DAO-Contributors-Guide-af36ed0e9ad14d14b6ced526cacd97e2**)

- Created a Blu3 DAO website: **https://blu3-dao.webflow.io/**

- Hosted bi-weekly DAO alliance call open to the public (**Creating sustainable systems for growth. - YouTube**)

- & have been active participants in the Harmony 1DAO alliance, formerly DAO Ops call

Currently working on:

-Hosting a Blu3 Day Womxn in Web3 Career & Networking Day in New York (**https://Blu3DAYNYC.eventbrite.com**)

-Sending scholars to ETHNewYork Hackathon mentored by our Blu3 Hacks team

-Finalizing which Harmony compatible DAO workflow tool(s) to use (wonderverse, charmverse, dework etc) to automate workstreams & contributor bounties

-All team leads responsible for the design and execution of their business model- creating multiple streams of revenue

-More details on each teams specific deliverables in our contributors guide

-Developing v2 of our tokenomics, splitting between economic interest and governance

-Implementing best strategy to assign different roles for our community tiers (weighted social tokens, NFTS, badges, POAPs etc) and gating our discord

-Creating MVP DAO constitution (including guidelines on governance, our path to decentralization, tokenomics, treasury, expense, code of conduct, mission etc.)

-Researching on different legal structures for the DAO

-Tracking Harmony-specific user acquisition metrics via our scholarship & onboarding program

We will keep the community up to date as we continue to build within the Harmony ecosystem. We welcome any sincere questions, comments or constructive feedback.

3 Likes

---

**Novee** 40  June 8, 2022, 2:25pm

Correction. We were committed $1M, and have received a total of $75K to date.

The scholarships are part of what Blu3 DAO does to bring more women and non-binary to the web 3 space, by providing them with this opportunity, education, training and hackathon experience. In return, the scholars also contribute to the ecosystem by hacking and developing marketing/ promotional materials and ambassadorship to Harmony.
We do the Blu3 scholarships well because we have a team to plan, manage, train and execute the program - which includes detailed planning and logistics, kick-off meeting, mandatory events, training programs, strategy sessions, close out meetings and surveys. All of Blu3 are working on a voluntarily basis to give this opportunity to scholars.

2 Likes

---

**Novee** 41  June 8, 2022, 2:25pm