# Exhibit C

### womenbuildweb3



**Women Build Web3**

17 posts | 177 followers | 16 following

Build. Learn. Earn.
🔗 amoweolubusayo.hashnode.dev/

[ Follow ]  [ Message ]

**Suggested for you** — See all



**femmefina...** ✓
Personal Finance & Investing Education
[ Follow ]



**holasari.aaa**
Sara Díaz Oporto
[ Follow ]



