# Exhibit D



# Blu3 Global Overview & Highlights

**Blu3 DAO's** mission is to empower womxn to learn, explore and build their careers and visions in the web3 space to achieve financial freedom. Our goal is to grow and diversify the crypto ecosystem, by focusing on an end-to-end solution that is fair and frictionless. This includes onboarding, education and direct deployment of women talents into Web3 (either as users or leaders). We are an all-inclusive women DAO, including non-binary and trans people.

> **Blu3 DAO** is a DAO focused on empowering women & non-binary people to earn, learn & play in web3 via mentorship, community & funding.

**Connect with us** here

Review the positive impact Blu3 DAO hackers have made:

- ETH Denver Full recap
- ETH Rio recap from Blu3 here

- ETH Amsterdam recap here
- Miami Hack here
- ETH NewYork recap here
- ETH Mexico recap here

## Monthly overview of accomplishments and deliverables

**September 2022:**

- One of 16 out of 280 teams selected for Seed Club 05 accelerator
- Launched our Gitcoin grant and received overwhelming support with 100 contributions + 30k match in the first three days, 420 contributors and a 45K match total
- Co-lead Steph spoke on MCON panel How to Unlock the potential of your DAO
- Founder Amy Soon spoke on a panel at NEARCON as a Women in Web3 Changemaker finalist
- Hosted 5 Blu3 DAO merge meetups in LA, NY, Canada, Mexico & Argentina supported by Ethereum Foundation #RoadtoDevCon
- Check out Angela from Unlock Protocols thread on her first encounter with Blu3







**August 2022:**

- **ETHMexico:** #Blu3House #onPolyon hosted 16 hackers, a brainstorming session, two teams were selected as ETHGlobal Finalists, read more by Polygon here, Blu3 recap here.
- Founder Amy Soon in the top 20 Women in Web3 Changemakers 2022 by the Near Foundation
- Chosen as 1 of 6 Community Hubs for DevCon by the Ethereum Foundation: Women Leaders in Web3
- Launched the Web3WomenAssembly, a cross collaboration between Surge, BoysClub, My BFF, We3, MetaGammaDelta & Crypto Mujeres
- Started Biweekly Blu3 DAO's Women Leading web3 Twitter Spaces co-hosted by Julie & Jess
- Blu3 Co-Lead Jess Furman spoke at LATechWeek
- Natalia represented Blu3 Latam at a panel at ETHLatam with MetisDAO
- Applied for SeedClub Accelerator & received 43 boosts from $CLUB Members (Top 10 our of 203 project proposals)







**July 2022:**

- Hosted a Blu3 LA Meetup
- Blu3 Contributor Jason Chew organized an Aavegotchi workshop
- Wonderverse Twitterspace with Co-Leads Randy and Lana- Organize the Chaos: DAOs and Tooling
- F3ventures Twitterspace on funding female founders with Co-Leads Lana and Cyn

**June 2022:**

- **NFT NYC:** Organized and hosted Blu3 Day: web3 Career Day for Womxn sponsored by Jump and Happy Hour by Storj - several career-focused panels and DeFi workshop including a Harmony spotlight by Devin - over 150 womxn and allies in attendance. Read more about Blu3 day here.
- Hosted a Social Tokens for DAOs panel at Harmony Hub
- Spoke at the Williamsburg Hotel on DAO 101
- Spoke at the Belle Block hosted by Mastercard, and were referred to as industry leaders by the company.
- Attended & networked at DAO Day NYC, one of our core contributors won a contest for their tagline on the DAO cereal box: *DAO CHOW: for the cereal contributor*.

- **ETH NYC**: Hosted 10 hackers to ETH NYC hackathon with hotel accommodation sponsored by Harmony. Blu3 Hacks hosted a kick-off onboarding meeting, online technical references to build on Harmony, a brainstorming strategy breakfast, and on-site hackathon mentors for 3 days. The three hacking teams won a total of 13 prizes, and a total of $9,500 in prize money. Read more about their projects here (Granted, Gard3n & Blockfuse). Read more about ETHNewYork here.

























**May 2022/Current focus:**

- **Miami Hackathon:** 19 hackers to Activate Wormhole Hackathon sponsored by Storj, Blu3 DAO hacker house sponsored by Harmony
- Technical Workshops on generating and signing transactions on Harmony, and Decentralized Storage with IPFS & Storj
- Blu3 LATAM hosted a twitter space with Latam lawyers to educate/support legal aspects of DAO creating in LATAM
- Meeting with potential partners so that we are not re-inventing the wheel (solidity bootcamp, hackathon 101 bootcamp, other web3 education masterclasses etc).
- Discussing high-level marketing plan, current focus on day-to day upkeep of socials.
- Setting up internal PMO and infrastructure
- Creating an onboarding form for contributors, community members, advisors and ambassadors looking to join Blu3

- Creating a website to keep our community up to date
- Discussing treasury management, governance and tokenomics
- Researching and incorporating DAO tooling to improve internal communication, task management, voting etc.
- Refining business model towards self-sustainability & including multiple streams of revenue
- Organizing an event in New York during ETH New York
- Solidifying funding for our next conferences with a focus on hackathons (ETH New York)

April 2022

- After Rio, Blu3 recruited team-leads for their family of DAOs
- Passing the organizational baton, ETHRio hackers Daphne and Sunny lead the ETH Amsterdam conference and hack team. More than 50 women/ NB applied, in which 10 spots were filled (less than 20% acceptance rate). The evaluation criteria was a strong application with a focus on women developers and project/product managers. In total, Blu3 DAO brought 10 women hackers to ETH Amsterdam, plus Blu3 Founders Amy and Novell.
- Won the hackathon (top 13 are all winners) and we were the ONLY all-women team to win, making ETH Amsterdam history!!!!!
- All 3 teams won multiple prizes, including one team won the final. Won a total of 11 prizes and bounties! (>$30K in total).





- Blu3 to pilot women-led startups for **Blu3 accelerator program** through the winning projects
- Attracted women devs; soon-to-launch a **Blu3 women developer DAO**
- Held first IRL Blu3 DAO Alliance summit - spoke about how DAOs can Create wealth in Harmony and included a panel to discuss "Diversity in web3 crypto conferences", etc.
- Cross-collaboration on HERDAO brunch, Well-Being summit with dev connect/unit
- TGI dinner with Harmony; celebratory dinner with hackathon winners and other key women devs and leaders
- ETHAmsterdam recap here.
- Launched a biweekly Blu3 DAO alliance mastermind call & biweekly core contributor meetings
- Recruited a team of 35+ contributors

**March 2022**

- After Denver, applications for team-leads were opened to lead the following DAOs under the Blu3 umbrella. We chose this structure in order to be 1) scalable and 2) decentralized





- Governors selected (unpaid position)
- **Blu3 DAO brought 40 scholars** to Rio, Brazil, led by Denver scholars Kate & Lana for an intense but life-changing event! There were 10 core team RIO members and 30 scholars. Blu3 DAO prioritized women and non-binary scholars in our selection process, with a focused of local scholars from LATAM. The selection process was incredibly competitive (25% acceptance rate) and highly rigorous, but this resulted in high quality talent and contributions from Blu3 scholars.
- Planned, managed and executed a "**Day with Blu3 DAO and Harmony**" - this is a **2-hour** session for scholars and visitors to learn about Harmony and Blu3 DAO. Event was well attended by approximately 50 people.
- **14 project Y grant**s were formed via ETHRio scholars, the core team coached & supported scholars with grant applications.
- **Closing Blu3 DAO event** Partnered with Black Leaders DAO to give a presentation on "**Defi - Liquidity Pooling**" and brainstorm ways for DAOs to be self-sustaining and Harmony's ONE Book: Create Wealth in Harmony book giveaway by author @Amy Soon.
- **Attended and provided full support to Harmony** key events - with on-the-ground participation, support, assistance when needed and marketing to promote these events.
- **Sent 3 Blu3 DAO hackathon teams** to participate in ETH RIO hackathon. All **3 teams WON** in their respective categories!
- Full recap from Blu3 here and from Harmony here.

**February 2022:**

- Founded by sisters Amy and Novell
- ETHDenver: 50 scholars (women, non-binary & allies), scholars received 50% prior to the conference and 50% of funding after they had contributed to Blu3 & attended mandatory events

they had contributed to Blu3 & attended mandatory events

- Recruited over **30 committee members** led by 15 executive co-leads for various teams to accomplish an ambitious list of 15 projects in 2 weeks for Blue to Fly campaign at ETHDenver.
- Established **Blu3 DAO** with funding proposal; committed $1M of funding by Harmony. Funding proposal was written by Amy, Novell, Co-leads & Scholars who were inspired by the mission and wanted to contribute. *Note, Blu3 has and will only receive $75kc due to bridge hack amongst other changes
- **Minted** social tokens **with HRC 20;** airdropped social tokens to Blu3 DAO members
- **Minted Blu3 Butterfly** NFTs and "bluelisted" to Blu3 members
- **Hosted a 5-day Blu3 DAO** morning events for members and visitors, including a Q&A with Li about Harmony.
- Launched **Create Wealth in Harmony book** campaign See assets in ONE Book: Create Wealth in Harmony (notion.site)
- Started **social media** presence **and community**: Telegram, Instagram, Twitter and Discord
- Assisted in the **formation** and review of other women DAO proposals - Gaming Guild
- Assisted **TGI events** with scholars and Harmony team; team building events
- **Supported Harmony events** - through attendance of Harmony sponsored events, helping with the Harmony booth, assist with operational tasks, etc.
- Full recap of ETH Denver here