# Exhibit E

← Post

**cami** @camiinthisthang

Most of the members of @blu3dao are great people working towards a good cause.

Despite this, there have been things around their finances that I personally have found questionable. I've refrained from calling them out & it's something that has bothered me for a long time

8:24 PM · Oct 13, 2022

💬 128    🔁 479    ♥ 1.7K    🔖 192

Post your reply                                    Reply

**cami** @camiinthisthang · Oct 13, 2022
I've struggled with this for a long time and have consulted friends and mentors. Part of me thinks it's my job to call out scams and bad behavior. The other part of me didn't want to start drama and potentially have a story misconstrued & my reputation damaged

💬 5    🔁 6    ♥ 276

**cami** @camiinthisthang · Oct 13, 2022
The harmony community (their primary funding source), has been calling them out on the harmony forum for a long time. Accusing them of misusing grant money, using the dao to economically benefit the 2 founders personally, and using a relationship to break rules.

💬 2    🔁 12    ♥ 299

**cami** @camiinthisthang · Oct 13, 2022
I've done my homework & gathered receipts because I would never accuse anyone without proof. I've even gone as far as tried to get them to do a KYC where I asked for financial transparency after they approached @womenbuildweb3 to partner with us.

Everything is public:

💬 1    🔁 9    ♥ 313

**cami** @camiinthisthang · Oct 13, 2022

talk.harmony.one
Blu3 DAO Funding Proposal - ETHDenver 2022
I do have some feedback that I hoping the team could look forward to- The team could really use …

💬 1    🔁 4    ♥ 146

← Post                                    Reply

**cami** ✓ 🎫 @camiinthisthang · Oct 13, 2022

> talk.harmony.one
> **Harmony Grants AMA**
> Hey ser you could literally see much more good projects that either didn't got reply back or that got…

💬 1          🔁 3          ♡ 124

**cami** ✓ 🎫 @camiinthisthang · Oct 13, 2022

# Harmo

**A Discussion on DAOs Performance, Funding, and a way forward**

From talk.harmony.one

💬 1          🔁 2          ♡ 119

**cami** ✓ 🎫 @camiinthisthang · Oct 13, 2022

> talk.harmony.one
> **Blu3 DAO Funding Proposal - ETHDenver 2022**
> Blu3 DAO Background Today, while crypto and web3 space have garnered a lot of attention and interest …

💬 3          🔁 2          ♡ 112

**cami** ✓ 🎫 @camiinthisthang · Oct 13, 2022

The above links include the community calling the 2 founders out for commingling personal with the DAO's finances, getting a $1M and continuing to ask for more money, continuing to get grants despite the grants program at harmony was paused indefinitely.

💬 3          🔁 20         ♡ 272

**cami** ✓ 🎫 @camiinthisthang · Oct 13, 2022

I want to reiterate that these are not the actions of every, or even most, members. These are the actions of the people at the top.

The organization has done a lot of good, and I wouldn't be surprised to know that most of the members weren't even aware of this

💬 3          🔁 4          ♡ 194



← Post



**cami** ✓  @camiinthisthang · Oct 13, 2022

deceived.

Blue3 DAO is an organisation consisting of two sisters and a husband to one of them + bunch of others that either keep on riding with them (sunny) or some who somehow believed their shiny buzzwords 🦋.

The husband happens to "work" for Harmony as an employee (hired beginning of April with fixed term till end of July) in unclear capacity beyond acquiring Sunny's giraffe NFT and asking people to keep being

from Harmony to write that amazing book?

📖 Book Grant: "Create Wealth in Harmony"

**Book Grant: "Create Wealth in Harmony"** 20

$50K grant for commissioning a book titled "Create Wealth in Harmony"

engaged in forums.

Blue3 DAO is the single DAO that keeps on receiving funding even while supposedly all DAO fundings are stopped. Combine it with unclear nature of the DAO itself, **are you telling me this is a coincidence?** Poor Harmony is getting deceived. Or maybe it's meant to be like this huh 🤭.

Walks like a duck, quacks like a duck, but no, it's a DAO! lol

**J** John_Build0x     Jun 21

Stephen asked, she did.
If Stephen asked you to write a book for 50k you probably accepted.
Stephen have a major responsibility for the grants and for a lot of things. Don't blame Amy. Stephen did a lot of mistakes and the community know only few of them.

💬 2     🔁 1     ♡ 99

**cami** ✓  @camiinthisthang · Oct 13, 2022

I don't mean to be personal at you as I know you aren't the one calling the shots.

Does harmony core team really think its investors are this stupid?
The core team not think its investors and community members couldn't easily see who is still getting funded?

Why is Harmony not firing half of the staff that does NOTHING?

that they received. As of this writing, **$3,631,827.40** has been funded the DAOs listed below.

The above funds were largely used to pay the DAO leadership, their governors, in most cases. Hard working, dedicated individuals deserve to be paid for their time and we should expect nothing less. $75/ hr though? Absolutely not. We need leaders that will spend their time with passion and a true desire to attract new users and to maintain the current ONEs. The grant program needs an overhaul along with strict

12 / 12

Hello! Looks like you're enjoying the discussion, but you haven't signed up for an account yet.

Tired of scrolling through the same posts? when

$1,000,000 by the Harmony Team per

Li Jiang 2

on February 19th and was funded for the amount of $25,000 on March 11th and again on March 31st for the same amount. These payments were specifically made to fund the ETH Rio Scholars fund. On April 14th they were funded $45,000 and again for $30,000 on June 7th as the final portion of their initial tranche. They have been under fire ever since due to allegations

💬 1     🔁 2     ♡ 94



**cami** ✓ @camiinthisthang · Oct 13, 2022

proposal was granted immediate approval for $1,000,000 by the Harmony Team per

Li Jiang 2

on February 19th and was funded for the amount of $25,000 on March 11th and again on March 31st for the same amount. These payments were specifically made to fund the ETH Rio Scholars fund. On April 14th they were funded $45,000 and again for $30,000 on June 7th as the final portion of their initial tranche. They have been under fire ever since due to allegations for involving their personal company with the DAO and their extended request for funding after already being awarded $50,000 for their 300+ page book titled "Create Wealth in Harmony". There are also community qualms with the fact that a husband of one of the founding sisters works for Harmony. Overall, this DAO has engaged the community in ETH conventions and has involved female teams in hackathons.

🔵 Blu3 DAO Funding Proposal - ETHDenver ⌄

Correction. We were committed $1M, and have received a total of $75K to date.

The scholarships are part of what Blu3 DAO does to bring more women and non-binary to the web 3 space, by providing them with this opportunity, education, training and hackathon experience. In return, the scholars also contribute to the ecosystem by hacking and developing marketing/ promotional materials and ambassadorship to Harmony.
We do the Blu3 scholarships well because we have a team to plan, manage, train and execute the program - which includes detailed planning and logistics, kick-off meeting, mandatory events, training programs, strategy sessions, close out meetings and surveys. All of Blu3 are working on a voluntarily basis to give this opportunity to scholars.

2 ♡ 🔗

💬 1     🔁 1     ♡ 100

← Post                                              Reply

**cami** ✓ ⓙ @camiinthisthang · Oct 13, 2022
🔴 this is not an invitation to harass individual members of the organization. My thinking is that most of the members had no idea of the Bad behavior for the people at the top.

If you are a member of blue dao, please understand this is not a personal attack on you.

💬 5    ↻ 3    ♡ 191

**cami** ✓ ⓙ @camiinthisthang · Oct 13, 2022
It was very nerve wracking to put this thread together. I love and respect everyone working to make this space better.

And a plug: If you want to support an organization with complete financial transparency and a proven track record check out @womenbuildweb3 🥺

💬 17    ↻ 17    ♡ 362

**cami** ✓ ⓙ @camiinthisthang · Oct 13, 2022
edit:

I feel really bad for not speaking up earlier. This org focuses on beginners and people new to crypto. think I could have probably protected a lot more people if I would have spoken up earlier. 🥺

💬 24    ↻ 2    ♡ 310