# Exhibit F

 cami ✓ 🆔   
@camiinthisthang

What lies? I posted public information. If you think I need to dunk on a pair of low level scammers to benefit myself in you're mistaken. I'm a respected educator and thousands of people can & have vouched for me. I was doing education before you could make money from it 🥰
x.com/cjhtech/status...

> This post is unavailable.

6:50 PM · Oct 14, 2022

 14     1    ♡ 120     3    



**cami** @camiinthisthang

In the coming days they'll post some fraudulent report clearing them from wrongdoing. They're running an elaborate scam with many wallets. One of them is literally married to a decision maker at harmony. Lmaooo

Fuck then scammers





Our 3 mandates are:

1. **LEARN**: Increase education and awareness of the web3 and crypto world
2. **EARN**: Expand the female crypto labor market and investors
3. **PLAY**: Create a fun and safe space for females to play and connect

What makes Blu3 DAO special is our values, culture and strong commitment to the success of other women. We are like sisters. Like a healthy family, we seek to uplift, empower, teach and cultivate an environment to help others flouris... 2 / 61 such a vast ecosystem, it is impo... community that not only helps onboard more women

7:02 PM · Oct 14, 2022

💬 26   🔁 17   ♡ 193   🔖 10

**cami** ✓ 🆔
@camiinthisthang

To put them into the same category as us is insulting. We never had to spoof commits. None of us "empower women" full time. All of us are actually engineers. We wrote and open sourced a free course that has taught 2000+ developers how to build dapps.

github.com/womenbuildweb3

> This post is unavailable.

7:17 PM · Oct 14, 2022

💬 5    🔁 2    ♡ 64    🔖 4

**cami** ✓ 🎟
@camiinthisthang

Anyways I'm done addressing the scammers. If you're part of blu dao sorry this is happening, & I have no problem with you at all. You're all victims to a pair of sisters & a husband who have made a lifestyle out of scamming for money.

7:25 PM · Oct 14, 2022

💬 9    🔁 1    ♡ 175    🔖 7