HOLLAND & KNIGHT LLP
David I. Holtzman (SBN 299287)
Isabella Granucci (SBN 351957)
560 Mission Street, Suite 1900
San Francisco, CA  94105
Telephone:  415.743.6900
Fax:  415.743.6910
Email: David.Holtzman@hklaw.com
       Isabella.Granucci@hklaw.com

HOLLAND & KNIGHT LLP
Christine N. Walz (*Pro Hac Vice*)
787 Seventh Avenue, 31st Floor
New York, New York 10019
Telephone:  212.513.3368
Fax:  212.385.9010
Email: Christine.Walz@hklaw.com

Attorneys for Defendants
CAMILA RAMOS GARZON and WOMEN BUILD WEB3

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| AMY SOON; AIKSHEE LOH; BLU3 FOUNDATION, LLC d/b/a BLU3 DAO, A Delaware Limited Liability Company,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>CAMILA RAMOS GARZON; WOMEN BUILD WEB3,<br><br>                    Defendants. | Case No.: 4:23-cv-05189-HSG<br><br>**JOINT STIPULATION REQUESTING TO EXTEND DEADLINE TO RESPOND TO COMPLAINT [L.R. 6-2]; PROPOSED ORDER [L.R. 7-12]**<br><br>Amended Complaint Filed:  February 5, 2026 |

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

1

JOINT STIPULATION REQUESTING TIME TO EXTEND RESPONSIVE DEADLINE; ORDER                    CASE NO.: 4:23-CV-01589-HSG

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Amy Soon, Aikshee Loh, Blu3 Foundation, LLC, d/b/a Blu3 Dao (collectively, "Plaintiffs") and Defendants Camila Ramos Garzon and Women Build Web3 (collectively, "Defendants" and, with Plaintiffs, the "Parties"), by and through their counsel of record, hereby jointly stipulate for an Order extending Defendants' deadline to respond to the First Amended Complaint ("FAC").

**WHEREAS**, on February 2, 2026, Plaintiffs filed an FAC in this matter [ECF 62];

**WHEREAS**, Defendants' deadline to respond to the FAC is February 19, 2026;

**WHEREAS**, due to the facts and circumstances detailed in the FAC requiring investigation by counsel for Defendants, counsel for Defendants needs additional time to prepare a response;

**WHEREAS**, counsel for the Parties conferred on February 9, 2026, and February 10, 2026, and agreed to a 14-day extension to respond to the FAC, allowing Defendants until March 5, 2026, to respond;

**WHEREAS**, counsel for the Parties agreed to an additional 14-day extension for Plaintiffs to oppose any responsive motion filed by Defendants, allowing Plaintiffs until April 2, 2026, to file an opposition;

**WHEREAS**, counsel for the Parties agreed to an additional 7-day extension for Defendants to file a reply in support of any responsive motion, allowing Defendants until April 16, 2026, to file a reply;

**WHEREAS**, Defendants have only requested one previous extension in the case [ECF 24], and no other deadlines will be affected by this extension.

**NOW, THEREFORE**, in accordance with Civil L.R. 6-2, the undersigned Parties respectfully request that the Court extend the time for (1) Defendants to respond to the FAC to March 5, 2026, (2) Plaintiffs to file an opposition to any responsive pleading to April 2, 2026, and (3) Defendants to file a reply in support of any responsive pleading to April 16, 2026.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD**.

[Intentionally Left Blank]

JOINT STIPULATION REQUESTING TIME TO EXTEND RESPONSIVE DEADLINE; ORDER                CASE NO.: 4:23-CV-01589-HSG

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA 94105
Tel: 415.743.6900
Fax: 415.743.6910

DATED:  February 10, 2026          KARPF, KARPF & CERUTTI, P.C.


By:  /s/ Benjamin D. Salvina
     Benjamin D. Salvina, Esq. (*pro hac vice*)
     Attorneys for Plaintiffs
     AMY SOON, AIKSHEE LOH, and BLU3
     FOUNDATION, LLC d/b/a BLU3 DAO,
     A Delaware Limited Liability Company


DATED:  February 10, 2026          BAY OAK LAW


By:  /s/ Andrew K. Jacobson
     Andrew K. Jacobson, Esq.
     Attorneys for Plaintiffs
     AMY SOON, AIKSHEE LOH, and BLU3
     FOUNDATION, LLC d/b/a BLU3 DAO,
     A Delaware Limited Liability Company


DATED:  February 10, 2026          HOLLAND & KNIGHT LLP


By:  /s/ Isabella Granucci
     Christine Walz
     David I. Holtzman
     Isabella Granucci
     Attorneys for Defendants
     CAMILA RAMOS GARZON
     AND WOMEN BUILD WEB3

JOINT STIPULATION REQUESTING TIME TO          CASE NO.: 4:23-CV-01589-HSG
EXTEND RESPONSIVE DEADLINE; ORDER

## ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATE: 2/11/2026

_____
Hon. Haywood S. Gilliam, Jr.

Holland & Knight LLP
560 Mission Street, Suite 1900
San Francisco, CA  94105
Tel: 415.743.6900
Fax: 415.743.6910

- 4 -

JOINT STIPULATION REQUESTING TIME TO
EXTEND RESPONSIVE DEADLINE; ORDER                    CASE NO.: 4:23-CV-01589-HSG